UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON WHITE-THOMAS,

    Plaintiff,

v.                                 Case No. 11-13581

WAYNE STATE UNIVERSITY, and KRISTEN COLES

    Defendant.
_____/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On August 30, 2011, Plaintiff filed a notice of voluntary dismissal. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a Plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Federal Rule of Civil Procedure 41(a)(1)(B).

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: August 31, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 31, 2011, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522